

Gerald C. Mann
~~~~~~~~~~~~~~~
ATTORNEY GENERAL

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

Honorable T. M. Trimble
First Assistant State Superintendent
State Department of Education
Austin, Texas

Dear Mr. Trimble:                    Opinion No. O-2522
                                     Re: Vocational Educa-
                                         tion Training.

        We are in receipt of your letter of July 6, 1940,
which reads, in part, as follows:

        "Pursuant to a request of the United States
        Office of Education, we are requesting an opin-
        ion as to the authorization for the State of
        Texas through its State Board which administers
        vocational education to conduct such courses of
        vocational training as are required by P.L.No.
        668, Seventy-sixth Congress, Chapter 437, Third
        Session, Title One, under the heading Office of
        Education, that said State is authorized to com-
        ply in all respects with said law and that the
        State Treasurer of said State is authorized to
        receive; act as custodian of, and disburse, as
        trustee, upon the requisition of the State Board
        which administers vocational education, all sums
        of money which may be paid to said State pursu-
        ant to said law.

        "These funds, set up as part of a vocation-
        al training program for national defense, are to
        be used to conduct such training programs through
        the use of local public school facilities now in
        existence through utilizing such facilities in
        hours outside of regular school work. It is an-
        ticipated that these funds shall be deposited with
        the State Treasurer and be disbursed upon requisi-
        tion by the State Board for Vocational Education
        in accordance with the State plans for vocational
        training for national defense as set up and ap-
        proved by the State Board for Vocational Educa-
        tion and the United State Office of Education
        and in accordance with the Federal requirements.
        Attached is a copy of the telegram received from
        Mr. J. W. Studebaker, Commissioner of Education,
        United States Office of Education."

        The State of Texas has been cooperating for many

years with the Federal government in establishing and maintaining courses of instruction, and a program of vocational training through the public schools of Texas, said training having been directed by the State Board of Education acting as the State Board of Vocational Education of this State. We have been furnished a mimeographed pamphlet by the Federal Security Agency, U. S. Office of Education, Misc. 2390, containing excerpts from H.R. 10104 relating to office of education, passed by Congress June 22, 1940, which we assume correctly states the substance and purpose of P.L. No. 668, Seventy-sixth Congress, Chapter 437, Third Called Session, Title I.

We have also been advised verbally by representatives of your department that this program in fact represents an expansion or supplementation of the vocational education training now conducted by the State in cooperation with the Federal government, and that particular emphasis is to be placed upon vocational training in industries essential to national defense. The entire cost of this expanded program is to be borne by the Federal government.

Senate Bill No. 427, Acts of Regular Session of the Forty-sixth Legislature of Texas, authorizes the proper officials of State departments to accept grants from the Federal government to be used on State cooperative and other Federal projects and programs in Texas, and authorizes such funds to be deposited in the State Treasury, which funds are appropriated for the specific purpose authorized by the Federal government.

Based upon our understanding of the purposes and provisions of the Federal Act in question, it is our opinion that the State of Texas, through its State Board of Vocational Education, is authorized to conduct such courses of vocational training as are required by P.L. No. 668, Seventy-sixth Congress, Chapter 437, Third Session, Title I, under the heading "Office of Education", and that said Board is authorized to comply in all respects with said law; and that the Treasurer of the State of Texas is authorized to receive, act as custodian of, and disburse, as trustee, upon the requisition of the proper State officers, all sums of money which may be deposited in the State Treasury pursuant to said law.

Yours very truly
ATTORNEY GENERAL OF TEXAS

CCC:FG:jrb

By /s/ Cecil C. Cammack
                    Assistant

APPROVED JULY 6, 1940
/s/ Glenn R. Lewis
ACTING ATTORNEY GENERAL OF TEXAS       APPROVED OPINION COMMITTEE
                                            BY BWB   Chairman